```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

| | |
|---|---|
| DERRICK ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | )        1:19CV766 |
| v. | ) |
| | ) |
| JENNIFER ELWELL, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The Text Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 25, 2022, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion for Default Judgment (Doc. 31) is DENIED, (A) pursuant to Local Rule 7.3(k), due to Plaintiff's failure to file a brief required by Local Rule 7.3(a) and (j), and (B) in light of the setting aside of Entry of Default (Doc. 30), pursuant to Federal Rule of Civil Procedure 55(c).

　　　　　　　　　　　　　　　　　　/s/   Thomas D. Schroeder
　　　　　　　　　　　　　　　　　United States District Judge

September 23, 2022